UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN MAURICE ROWE, M.D., M.H.A., L.L.C.; and EAST COAST PLASTIC SURGERY, P.C.,

        Plaintiffs,

-against-

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

        Defendant,

**ORDER**

22 Civ. 9571 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The briefing schedule for Defendant's motion to dismiss is as follows:

    Defendant's submission is due **March 28, 2023**;

    Plaintiffs' opposition is due **April 18, 2023**;

    Defendant's reply is due **April 25, 2023**.

Dated:  New York, New York
         March 7, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge